GARY M. ROBERTS (State Bar No. 132452)
groberts@sonnenschein.com
SONNENSCHEIN NATH & ROSENTHAL LLP
601 South Figueroa Street, Suite 2500
Los Angeles, California 90017-5704
Telephone: (213) 623-9300
Facsimile: (213) 623-9924

BONNIE LAU (State Bar No. 246188)
blau@sonnenschein.com
SONNENSCHEIN NATH & ROSENTHAL LLP
525 Market Street, 26th Floor
San Francisco, CA 94105-2708
Telephone: (415) 882-5000
Facsimile: (415) 882-0300

Attorneys for Defendant
McKesson Corporation

# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID R. TUCKER, on his behalf and on behalf of all statutory beneficiaries of MICHELLE L. TUCKER, Deceased,<br><br>Plaintiffs,<br><br>vs.<br><br>MCKESSON CORPORATION, KV PHARMACEUTICAL COMPANY, ETHEX CORPORATION and THER-RX CORPORATION,<br><br>Defendants. | Case No. 4:10-cv-02981-SBA<br><br>NOTICE OF CHANGE IN COUNSEL AND [~~PROPOSED~~] ORDER |

TO THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:

NOTICE IS HEREBY GIVEN that that Gary M. Roberts, Bonnie Lau and the law firm of Sonnenschein Nath & Rosenthal LLP withdraw as counsel for Defendant McKesson Corporation ("McKesson"). McKesson substitutes as its counsel of record Duane C. Musfelt (State Bar No. 72058) of the law firm of Lewis Brisbois Bisgaard & Smith LLP, One Sansome Street, Suite 1400, San Francisco, CA 94104-4448, 415.362.2580.

Dated: September 8, 2010         SONNENSCHEIN NATH & ROSENTHAL LLP

By: _____
    GARY M. ROBERTS
    BONNIE LAU

Dated: September 8, 2010         LEWIS BRISBOIS BISGAARD & SMITH LLP

By: _____
    DUANE C. MUSFELT

I consent to the above substitution.

Dated: September 7, 2010         MCKESSON CORPORATION

By: _____
    MINH T. HOANG

IT IS SO ORDERED.

Dated: 9/9/10                    _____
                                 Hon. Saundra Brown Armstrong
                                 U.S. District Court Judge

27352831

Case No. 4:10-cv-02981-SBA        -1-        NOTICE OF CHANGE IN COUNSEL AND
                                              [PROPOSED] ORDER



## PROOF OF SERVICE

I, Diane Donner, hereby declare:

I am employed in the City and County of San Francisco, California in the office of a member of the bar of this court whose direction the following service was made. I am over the age of eighteen years and not a party to the within action. My business address is Sonnenschein Nath & Rosenthal LLP, 525 Market Street, 26th Floor, San Francisco, California 94105.

On September 8, 2010, I served the following documents, described as:

**NOTICE OF CHANGE IN COUNSEL AND [PROPOSED] ORDER**

on all counsel of record registered to receive electronic filing, as indicated on the Court's website, or by United States Mail, upon those parties not registered for electronic filing.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this declaration was executed on September 8, 2010 at San Francisco, California.

                                                /s/Diane Donner
                                                Diane Donner